David N. Makous, SBN 82409
**LEE, HONG, DEGERMAN, KANG & WAIMEY**
A PROFESSIONAL CORPORATION
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017
Telephone: (213) 623-2221
Facsimile: (213) 623-2211;
E-mail: DMakous@lhlaw.com

Attorney for Plaintiff PETER MARCO, LLC

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| PETER MARCO, LLC., a California limited liability company; dba PETER MARCO JEWELRY, <br><br> Plaintiff, <br><br> vs. <br><br> VALLEY FORGE INSURANCE COMPANY, and DOES 1-25; <br><br> Defendants. | CASE NO.: <br><br> **COMPLAINT FOR:** <br>  **1) BREACH OF CONTRACT;** <br>  **2) BAD FAITH.** <br><br><br><br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff PETER MARCO, LLC., dba PETER MARCO JEWELRY complains

against Defendant VALLEY FORGE INSURANCE COMPANY and hereby

alleges as follows:

///

///

1

COMPLAINT FOR VIOLATION OF BREACH OF CONTRACT AND BAD FAITH.

PETER MARCO, LLC. v. VALLEY FORGE INSURANCE COMPANY, et al.

1

## I.  JURISDICTION AND VENUE

2   1.   Jurisdiction is appropriate pursuant to 28 U.S.C. § 1332 because the amount

3   in controversy exceeds $75,000 and because it is between citizens of different

4
5   states as Plaintiff is a citizen of California and Defendant is a citizen of either

6   Illinois or Pennsylvania or both.

7   2.   Venue is appropriate pursuant to 28 U.S.C. § 1391 as this is a judicial

8
9   district in which a substantial part of the events or omissions giving rise to the

10  claim occurred, or a substantial part of property that is the subject of the action is

11  situated.

12

## II.  THE PARTIES AND THEIR ACTIONS

13  3.   Plaintiff PETER MARCO, LLC ("Plaintiff" or "PM") is a California

14
15  limited liability company dba PETER MARCO JEWELRY having its principal

16  place of business and offices in Beverly Hills, California.

17  4.   Defendant VALLEY FORGE INSURANCE COMPANY ("Defendant" or

18
19  "VF") is an entity of unknown character but believed to be a wholly owned

20  subsidiary or division of CNA Insurance Company, both having their principal

21
22  place of business in Chicago, Illinois.  VF may be a Pennsylvania corporation.

23  Plaintiff reserves the right to amend and add CNA Insurance Company as a

24  named defendant as is warranted by the facts and law.
25

26  ## III. ALLEGATIONS COMMON TO ALL COUNTS

27  5.   In approximately May 2018 PM procured a Business owner Renewal

28

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017

2

COMPLAINT FOR VIOLATION OF BREACH OF CONTRACT AND BAD FAITH.

PETER MARCO, LLC. v. VALLEY FORGE INSURANCE COMPANY, et al.

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017

1 Policy, Policy No. B 4018216338 from VF ("Policy") by payment of an annual

2 premium to VF.  It is over 180 pages in length and in the interests of economy is

3 not attached to this Complaint.  It was issued for the Policy Period of May 4,

4

5 2018 to May 4, 2019.  The Policy was issued through the Agency of Wexler

6 Wasserman and Associates of Cincinnati, Ohio.  This Policy included coverage

7 for many types of injuries and damages with perhaps over 70 Forms and

8

9 Endorsements included.  PM reserves all rights to assert all coverage obligations

10 of VF under any and all Policy provisions according to proof.

11 6.    The particular Endorsement which VF claims is the subject of PM's

12 insurance claim against VF is entitled "Money Orders and Counterfeit Paper

13

14 Currency", attached as Exhibit A to this Complaint. Section C of the Limits of

15 Insurance states that: "1. Unless otherwise stated, the most we will pay for loss or

16 damage **in any one occurrence** is the applicable Limit of Insurance shown in the

17

18 Declarations, Schedules, Coverage Forms, or Endorsements." (emphasis added).

19 A copy of this Section is attached as Exhibit B to this Complaint.

20 7.    From July 22, 2018 to and including August 6, 2018, PM was victimized by

21

22 multiple thefts committed on seven occasion, by at least 7 different people,

23 involving at least 16 different pieces of watches and jewelry merchandise, with a

24 total sales value of $568,115 (including sales tax) and apparent money orders

25

26 issued by two separate banks.  This is summarized in a later letter of November

27

28

COMPLAINT FOR VIOLATION OF BREACH OF CONTRACT AND BAD FAITH.

PETER MARCO, LLC. v. VALLEY FORGE INSURANCE COMPANY, et al.

16, 2018 from PM to VF (attached as Exhibit D to this Complaint).

8.      Claims were made by PM on August 24, 2018 to VF (CNA).  By a letter dated September 28, 2018, VF agreed to only pay for one loss, combining all these independent crimes as "one occurrence", limiting their exposure to a total of $60,201.16. (See Exhibit C attached to this Complaint).  Essentially VF reads some sort of speculative collusion as compressing all of these events into "any one occurrence."

9.      On information and belief, the Beverly Hills Police Department and the Los Angeles County District Attorney are treating these as multiple crimes and has not closed the investigation or completed the prosecution.

10.     In response to PM's November 16, letter, 10 weeks later VF responded denying the claims again - in a letter dated January 30, 2019 (attached as Exhibit E to the Complaint).  In so doing at this time VF ignored all of the differing usages of the operative word "occurrence" through its Policy and the extensive refinements literally created and used of the word "occurrence" throughout and tried to adopt irrelevant judicial precedent for a different case and contract as an override to the terms in the VF Policy at issue.

11.     On April 9, 2019 the undersigned counsel sent a detailed analysis of the Policy pointing out the rampant duplicity in this approach by the VF claims group. This is attached as Exhibit F to the Complaint. This analysis pointed out

COMPLAINT FOR VIOLATION OF BREACH OF CONTRACT AND BAD FAITH.

PETER MARCO, LLC. v. VALLEY FORGE INSURANCE COMPANY, et al.

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017

that there were over 85 usages and variations of the word "occurrence" – all of which were created by VF in its contract of adhesion – and all of which contradict the forced narrowed convenient reading made by VF of the Policy to greatly reduce its exposure.

12.    No satisfactory response has been received from the VF claims group despite at least 6 further contacts by email and telephone from PM's counsel, each time getting some sort of assurance that VF will reply.

13.    The decision to deny PM his contractual rights has damaged him by a loss of $420,000 or about $60,000 claims times seven occurrences.

## IV. FIRST CLAIM FOR BREACH OF CONTRACT

14.    Plaintiffs repeat and reallege the allegations contained in Paragraphs 1 through 13 of the Complaint as though fully set forth herein.

15.    The Policy was a contract formed between PM and VF in about May 2018, whereby an offer was made, acceptance occurred, and consideration was exchanged.  The contract that VF proposed was a contract of adhesion with no meaningful opportunity for PM to negotiate the terms of this 185-page policy. VF is now attempting to capitalize on the unfair surprise apparent in its novel interpretation ignoring the contract's own language.

16.    PM has complied with all of its obligations when tendering its claims.

17.    VF has failed to timely pay PM the benefits to which PM is entitled.

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017

COMPLAINT FOR VIOLATION OF BREACH OF CONTRACT AND BAD FAITH.

PETER MARCO, LLC. v. VALLEY FORGE INSURANCE COMPANY, et al.

18.     Plaintiff has therefore, been damaged by VF in the amount to be determined according to proof, at trial, but believed to be $420,000.

## V. SECOND CLAIM BAD FAITH

19.     Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 18 of the Complaint as though fully set forth herein.

20.     At its core, bad faith exists whenever an insurance company unreasonably fails to uphold its end of a bargain. Insurance companies are legally required to act in good faith and to use only fair claims practices. California law defines certain acts and conduct as bad faith and includes the following:

- Unreasonable denial of policy benefits by VF;

- Failing to respond or act promptly with respect to PM's claim;

- Refusing to make a good faith effort to fairly settle claims when liability is reasonably clear or failing to settle one part of a claim in order to influence other parts of the claim; and

- Compelling the insured to litigate the claim because VF has refused to make an adequate settlement offer.

21.     Therefore, PM is entitled to legal remedies for insurance bad faith including recovery of damages for breach of contract which are previously identified, plus costs attorney fees and interest as provided by law.

22.     PM shall seek an award of its consequential economic losses to his business

COMPLAINT FOR VIOLATION OF BREACH OF CONTRACT AND BAD FAITH.

PETER MARCO, LLC. v. VALLEY FORGE INSURANCE COMPANY, et al.

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017

as proven, and since VF has acted with oppression, will also seek an award of

punitive damages according to proof.

**WHEREFORE, Plaintiff prays that the Court**:

(a)   award Plaintiff compensatory damages as provided by law, including but not limited to its out of pocket losses, lost profits and consequential economic losses;

(b)   award Plaintiff all damages as provided by law;

(c)   award Plaintiff its costs, disbursements and attorney fees incurred in bringing and prosecuting this action;

(d)   award Plaintiff punitive damages as provided by law;

(e)   enter judgment in Plaintiff's favor and against Defendant and for any and all other relief that this Court deems necessary and appropriate under the circumstances.

Dated: August 13, 2019          LEE, HONG, DEGERMAN, KANG & WAIMEY


By: _____
David N. Makous, Esq.
Attorney for Plaintiff,
PETER MARCO, LLC

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017

7

COMPLAINT FOR VIOLATION OF BREACH OF CONTRACT AND BAD FAITH.

PETER MARCO, LLC. v. VALLEY FORGE INSURANCE COMPANY, et al.

1

## **DEMAND FOR JURY TRIAL**

2

3          Pursuant to Fed. R. Civ. P. 38(b), Plaintiff hereby demands a jury trial

4     on all issues so triable.

5

6     Dated: August 13, 2019          LEE, HONG, DEGERMAN, KANG & WAIMEY

7

8                                            By: _____
                                                  David N. Makous, Esq.
9                                                 Attorney for Plaintiff,
                                                  PETER MARCO, LLC
10

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR VIOLATION OF BREACH OF CONTRACT AND BAD FAITH.

PETER MARCO, LLC. v. VALLEY FORGE INSURANCE COMPANY, et al.