# EXHIBIT D

November 16, 2018

**VIA U.S. CERTIFIED MAIL**

Continental Casualty Company
PO Box 8317
Chicago, IL 60680

| | | |
|---|---|---|
| Attention | : | Troy Mikuta – Claims Representative |
| Insured | : | Peter Marco Fine Jewelry |
| Policy Number | : | 4018216338 |
| Dates of Loss | : | July 22, 2018 |
| | | July 28, 2018 |
| | | August 1, 2018 |
| | | August 2, 2018 |
| | | August 3, 2018 |
| | | August 5, 2018 |
| | | August 6, 2018 |
| Claim Number | : | E2E58762 |
| Insuring Company | : | Valley Forge Insurance Company |

Dear Mr. Mikuta,

I received your coverage letter dated September 28, 2018.  Upon review of the Policy wording, the Business Personal Property Limit is $59,754 and Section C. Limits of Insurance states:

1. *Unless otherwise stated, the most we will pay for loss or damage in **any one occurrence** is the applicable Limit of Insurance shown in the Declarations, Schedules, Coverage Forms, or Endorsements.*

The Policy contains a MONEY ORDERS AND COUNTERFEIT PAPER CURRENCY ENDORSEMENT, which states:

*The following coverage is added to your Businessowners Special Property Coverage Form under Paragraph A.6 Coverage Extensions:  Unless otherwise stated, payments under this Coverage Extension are subject to and not in addition to the applicable Limits of Insurance.   When a Limit of Insurance is shown in Declarations for Business Personal Property at the described premises, you may extend that insurance to apply loss due to the good faith acceptance of:*

1

1. *Any U.S. or Canadian post office or express money order, issued or claiming to have been issued by any post office or express company, if the money order is not paid upon presentation, or*
2. *Counterfeit United States or Canadian paper currency*

*In exchange for merchandise, "money" or services or as part of a normal business transaction.*

The CNA coverage letter dated September 28, 2018 states "Though the scheme involved multiple transactions, each transaction was done with the same process and methodology, and were all tied to the initial purchase made by Mike Jones.  Regardless of the multiple visits, this loss is the result of one continuous cause, and, thus, constitutes one single occurrence."

Section G. Property Definitions fails to define the word "occurrence."

The Cambridge Dictionary defines occurrence as **"an event, esp. one that happens unexpectedly."**

Section G. Property Definitions fails to define the word "merchandise."

The Cambridge Dictionary defines merchandise as **"goods that are bought and sold."**

This response letter and attached Exhibits will definitively document that a series of individuals, not just one perpetrator, **used fraudulent money orders "in exchange for merchandise"** on multiple dates at Peter Marco Fine Jewelry.

Each individual transaction was for different jewelry items and/or watches and occurred on 7 (seven) separate dates.   Each transaction was unique and was "an event that happened unexpectedly."  There are photographs from the CCTV cameras at my store to document the individual transactions.  The perpetrator "Mike Jones" was not present for all of the transactions and the various perpetrators did not pay for all of the jewelry at once; but used fraudulent money orders for the specific items purchased on different dates, constituting multiple transactions and occurrences, as defined by The Cambridge Dictionary.

Attached below is a summary of the 7 (seven) separate transactions, complete with the individual California state sales tax charged for the individual transactions.   The Exhibit Letter corresponds to the copy of the receipt and CCTV footage of each individual transaction attached to this Letter.

2

| Exhibit | Date | Items Purchased | Amount | Tax | Total |
|---------|------|-----------------|--------|-----|-------|
| A | 22-Jul-18 | 2 Audemars Piguet Diamond Watches | $ 82,500 | $ 7,837.50 | $ 90,337.50 |
| B | 28-Jul-18 | Audemars Piguet Diamond Watch | $ 59,000 | $ 5,415.00 | $ 64,415.00 |
| C | 1-Aug-18 | Patek Philippe Ladies Watch + Rolex Diamond Watch | $ 61,000 | $ 5,790.00 | $ 66,795.00 |
| D | 2-Aug-18 | 2 Rolex Diamond Watches | $ 55,500 | $ 5,277.50 | $ 60,772.50 |
| E | 3-Aug-18 | Rolex Diamond Watch - Sky Dweller | $ 79,500 | $ 7,552.50 | $ 87,052.50 |
| F | 5-Aug-18 | Rolex Diamond Watch - Sky Dweller + Cuban Chain | $ 119,000 | $ 11,305.00 | $ 130,305.00 |
| G | 6-Aug-18 | 6 items - earrings, crosses, christ head, ring | $ 62,500 | $ 5,937.50 | $ 68,437.50 |
| | | **TOTALS** | $ 519,000 | $ 49,115.00 | $ 568,115.00 |

It should be noted that I was diligent in my evaluation and processing of the money orders. I sent numerous samples of the money orders to 2 (two) separate banking institutions to verify the authenticity. Both banking institutions stated that the money orders were authentic and only at that time were the money orders deposited.

I have complied with Policy Section E. PROPERTY LOSS CONDITIONS, 3. Duties In The Event Of Loss Or Damage.

As outlined above, the Policy fails to define "occurrence." Each transaction was an individual occurrence and the Business Personal Property Limit of $59,754 should apply to each occurrence. Therefore, each occurrence should be processed as a separate claim.

| Date | Items Purchased | Amount | Limit Per Occurrence |
|------|-----------------|--------|----------------------|
| 22-Jul-18 | 2 Audemars Piguet Diamond Watches | $ 90,337.50 | $ 59,754.00 |
| 28-Jul-18 | Audemars Piguet Diamond Watch | $ 64,415.00 | $ 59,754.00 |
| 1-Aug-18 | Patek Philippe Ladies Watch + Rolex Diamond Watch | $ 66,795.00 | $ 59,754.00 |
| 2-Aug-18 | 2 Rolex Diamond Watches | $ 60,772.50 | $ 59,754.00 |
| 3-Aug-18 | Rolex Diamond Watch - Sky Dweller | $ 87,052.50 | $ 59,754.00 |
| 5-Aug-18 | Rolex Diamond Watch - Sky Dweller + Cuban Chain | $ 130,305.00 | $ 59,754.00 |
| 6-Aug-18 | 6 items - earrings, crosses, christ head, ring | $ 68,437.50 | $ 59,754.00 |
| | **TOTALS** | $ 568,115 | $ 418,278.00 |

3

EXHIBIT D Page 03

With a total of 7 (seven) occurrences, I am requesting claim payments in the amount $59,254 (net of $500 deductible) per occurrence for a total of **$414,778 (net).**

Thank you for kind attention to this matter.

Sincerely,


Peter Voutsas
Peter Marco Fine Jewelry


Attachments Include:

- Exhibits A – F

    - Copies of Sales Invoices for each individual transaction
    - Still Images of CCTV footage documenting 7 (seven) separate transactions

# EXHIBIT A

*Peter Marco*

EXTRAORDINARY JEWELS
B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353 F 310.278.5200
www.petermarco.com

# INVOICE

**Name** MIKE JONES

**Invoice #**

**Spouse**

**Date** 7-22-18

**E-Mail**

**Birthdate**

**Address**

**Spouse**

**City** **State** **Zip** **Anniversary**

**Home Ph #** **Cell #**

| STOCK # | STYLE # | DESCRIPTION | PRICE |
|---------|---------|-------------|-------|
| 1) SS AP ALL DIAMOND WATCH | | | $80,000 |
| 2) SS AP ALL DIAMOND WATCH | | | $2,500 |

**SUB-TOTAL** 82,500

**APPRAISAL:** YES _____ NO _____

**TAX** 7,837.50

**POSTAGE**

**Payment Type:**

**TOTAL**

| CASH | | CHECK | DATE | **DEPOSIT** |
|------|--|-------|------|-------------|
| AMEX | | VISA | DATE | **BALANCE** 90,337.50 |
| MC | | DINERS | | **PAID IN FULL** YES NO |
| DISC | | | | |

No refund. Exchange only within 30 days

**Signature:** **Completion Date:**



# EXHIBIT B

*Peter Marco*

EXTRAORDINARY JEWELS
B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353  F 310.278.5200
www.petermarco.com

# INVOICE

| | |
|---|---|
| **Name** | MIKE JONES |
| **Spouse** | |
| **E-Mail** | |
| **Address** | |
| **City** | **State** **Zip** |
| **Home Ph #** | **Cell #** |

| **Invoice #** | |
|---|---|
| **Date** | 2-28-13 |
| **Birthdate** | |
| **Spouse** | |
| **Anniversary** | |

| STOCK # | STYLE # | DESCRIPTION | PRICE |
|---|---|---|---|
| 1) 3? AG PRPE T SPEL AN DLDMN WTTY | | | 59,000 |

**APPRAISAL:**   YES ____   NO ____

**SUB-TOTAL** 5415

**TAX**

**POSTAGE**

**Payment Type:**

**TOTAL**

| CASH | CHECK | DATE | **DEPOSIT** |
| AMEX | VISA | DATE | **BALANCE** 69,415 |
| MC | DINERS | | **PAID IN FULL**  YES / NO |
| DISC | | | |

No refund. Exchange only within 30 days

**Signature:** _____   **Completion Date:** _____



EXHIBIT D Page 10

# EXHIBIT C



## *Peter Marco*

### EXTRAORDINARY JEWELS
#### B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353 F 310.278.5200
www.petermarco.com

# INVOICE

**Name** _MIKE JONES_

**Spouse**

**E-Mail**

**Address**

**City**         State         Zip

**Home Ph #**         Cell #

**Invoice #**

**Date** _MIKE_

**Birthdate** _8-13_

**Spouse**

**Anniversary**

| STOCK # | STYLE # | DESCRIPTION | PRICE |
|---------|---------|-------------|-------|
| 1) VINTAGE PATEK WATCH LADIES ALL DIAMOND BEZEL | | | 29,000 |
| 1) 2T ROLEX WATCH ALL DIAMOND | | | 32,000 |

**APPRAISAL:**  YES ____  NO ____

**Payment Type:**

CASH ____   CHECK ____   DATE ____

AMEX ____   VISA ____   DATE ____

MC ____   DINERS ____

DISC ____

**SUB-TOTAL** _61,000_

**TAX** _5795._

**POSTAGE**

**TOTAL**

**DEPOSIT**

**BALANCE** _66,795_

**PAID IN FULL**   YES   NO

No refund. Exchange only within 30 days

**Signature:**                **Completion Date:**



# EXHIBIT D

# *Peter Marco*

### EXTRAORDINARY JEWELS
### B E V E R L Y   H I L L S

252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353 F 310.278.5200
www.petermarco.com

# INVOICE

| | | |
|---|---|---|
| **Name** | *MIKE JONES* | **Invoice #** |
| **Spouse** | | **Date** *8-2-13* |
| **E-Mail** | | **Birthdate** |
| **Address** | | **Spouse** |
| **City** | **State**     **Zip** | **Anniversary** |
| **Home Ph #** | **Cell #** | |

| STOCK # | STYLE # | DESCRIPTION | PRICE |
|---|---|---|---|
| ) | ROLEX 41 m/m 2T W/M DIAMOND | | 29,500 |
| ) | SS ROLEX SKY DS II SILVER | | 26,000 |

**APPRAISAL:** YES ____ NO ____

**Payment Type:**

| | | | |
|---|---|---|---|
| CASH | CHECK | DATE | |
| AMEX | VISA | DATE | |
| MC | DINERS | | |
| DISC | | | |

| | |
|---|---|
| SUB-TOTAL | 55,500 |
| TAX | 5,277.50 |
| POSTAGE | |
| TOTAL | |
| DEPOSIT | |
| BALANCE | 60,777.50 |
| PAID IN FULL | YES     NO |

No refund. Exchange only within 30 days

**Signature:**                              **Completion Date:**



# EXHIBIT E

*Peter Marco*

EXTRAORDINARY JEWELS
B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 3 1 0 . 2 7 8 . 5 3 5 3   F 3 1 0 . 2 7 8 . 5 2 0 0
www.petermarco.com

# INVOICE

Name *MIKE SILVER*

Spouse

E-Mail

Address

City                     State              Zip

Home Ph #                     Cell #

Invoice #

Date *8·3·18*

Birthdate

Spouse

Anniversary

| STOCK # | STYLE # | DESCRIPTION | PRICE |
|---------|---------|-------------|-------|
| 1) *ROLEX SKY DWELLER YG* | | | *79,500* |
| *ALL DIAMOND* | | | |

APPRAISAL:        YES ____   NO ____

SUB-TOTAL

TAX *79972.50*

POSTAGE

Payment Type:

CASH                CHECK           DATE

AMEX                VISA            DATE

MC                  DINERS

DISC

TOTAL

DEPOSIT

BALANCE *87,052.50*

PAID IN FULL   YES   NO

No refund. Exchange only within 30 days

Signature: _____   Completion Date: _____



# EXHIBIT F

## Peter Marco

### EXTRAORDINARY JEWELS
### B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353  F 310.278.5200
www.petermarco.com

# INVOICE

**Name** *Mike Jones*

**Spouse**

**E-Mail**

**Address**

**City** State Zip

**Home Ph #** Cell #

**Invoice #**

**Date** *85-18*

**Birthdate**

**Spouse**

**Anniversary**

| STOCK # | STYLE # | DESCRIPTION | PRICE |
|---------|---------|-------------|-------|
| 1) | *Rolex Skydweller Rose* | | *79.500* |
| | *All Diamond* | | |
| 1) | *14k 2T Cuban Chain 7.55 Diamond* | | *39.500* |
| | *354 Grams Gold* | | |

**SUB-TOTAL** *119,000*

**TAX** *11,305.00*

**POSTAGE**

**APPRAISAL:** YES ___ NO ___

**TOTAL**

**Payment Type:**

**CASH**         **CHECK**         DATE

**AMEX**         **VISA**         DATE

**MC**            **DINERS**

**DISC**

**DEPOSIT**

**BALANCE** *130,305.00*

**PAID IN FULL** YES   NO

No refund. Exchange only within 30 days

**Signature:**

**Completion Date:**



EXHIBIT D Page 22



# EXHIBIT G



### *Peter Marco*

**EXTRAORDINARY JEWELS**
B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353 F 310.278.5200
www.petermarco.com

# INVOICE

| | |
|---|---|
| **Name** _MIKE SWOB_ | **Invoice #** |
| **Spouse** | **Date** _8618_ |
| **E-Mail** | **Birthdate** |
| **Address** | **Spouse** |
| **City** **State** **Zip** | **Anniversary** |
| **Home Ph #** **Cell #** | |

| STOCK # | STYLE # | DESCRIPTION | PRICE |
|---|---|---|---|
| 1) ROSE + DIAMOND CROSS 1.50 TW | | | 5.500 |
| 2) 2 ROW OPEN DIAMOND EARRINGS | 4MM 6.25 X | | 10.000 |
| 3) ROSE GOLD DIA ROLL 1.25 | | | 5.500 |
| 5) CRT HEAD WITH DIAMOND | | | 12.000 |
| 5) BLACK DIAMOND CROSS | | | 20.000 |
| 6) EJ TOTAL + DIAMOND EARRING | | | |

| | |
|---|---|
| | **SUB-TOTAL** _63.500_ |
| **APPRAISAL:** YES ___ NO ___ | **TAX** _5987.50_ |
| | **POSTAGE** |
| **Payment Type:** | **TOTAL** |
| **CASH** ___ **CHECK** ___ **DATE** ___ | **DEPOSIT** |
| **AMEX** ___ **VISA** ___ **DATE** ___ | **BALANCE** _68,487.50_ |
| **MC** ___ **DINERS** ___ | **PAID IN FULL** YES ___ NO ___ |
| **DISC** ___ | |

No refund. Exchange only within 30 days

**Signature:** _____  **Completion Date:** _____

EXHIBIT D Page 25

