David N. Makous, SBN 82409
**LEE, HONG, DEGERMAN, KANG & WAIMEY**
A PROFESSIONAL COROR ATION
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017
Telephone: (213) 623-2221
Facsimile: (213) 623-2211;
E-mail: DMakous@lhlaw.com

JS-6

Attorney for Plaintiff PETER MARCO, LLC

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| PETER MARCO, LLC., a California limited liability company; dba PETER MARCO JEWELRY,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLEY FORGE INSURANCE COMPANY, and DOES 1-25;<br><br>Defendants. | Case No.: 2:19-cv-07047-MWF-SK<br><br>**STIPULATED DISMISSAL OF COMPLAINT** |

IT IS HEREBY STIPULATED by the parties through their counsel of record to dismiss the Complaint with prejudice under FRCP Rule 41. All parties to bear their own costs and fees.

---

1
STIPULATED DISMISSAL OF COMPLAINT
PETER MARCO, LLC. v. VALLEY FORGE INSURANCE COMPANY et al.

Dated: January 8, 2020　　LEE, HONG, DEGERMAN, KANG & WAIMEY

By: _____
　　David N. Makous, Esq.
　　Attorney for Plaintiff,
　　PETER MARCO, LLC

Dated: January 8, 2020　　CNA COVERAGE LITIGATION GROUP

By: _____
　　Robert C. Christensen, Esq.
　　Attorney for Defendant,
　　VALLEY FORGE INSURANCE CO.

IT IS SO ORDERED:

Dated: January 9, 2020

_____
Honorable Michael W. Fitzgerald
U.S. District Court Judge